AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**TULIO FIGUEROA**<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     6:22-mj- 1801<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 11, 2022__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Kaufman, Special Agent, FBI
*Printed name and title*

Sworn to before me via Zoom and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 8/12/22

_____
*Judge's signature*

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                              CASE NO. 6:22-mj-1801

COUNTY OF ORANGE

## AFFIDAVIT

I, Kevin Kaufman, after being duly sworn, depose and state:

1. I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 18 years. I am currently assigned to the FBI Violent Crimes Against Children Task Force.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors under 18 U.S.C. § 2422(b).

3. I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

4. This affidavit is submitted in support of a criminal complaint against TULIO FIGUEROA ("FIGUEROA") for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that FIGUEROA, using facilities and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom he believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged, as it would have constituted lewd or lascivious battery (engaging in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida Statute § 800.04(4)(a)(1).

5. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

6. Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce

2

to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

## INVESTIGATION

7.   On August 11, 2022, an FBI agent posing as an Online Covert Employee (OCE) created an online profile on Meet24. Meet24 is an online dating mobile app that lets individuals chat with others who are within the individual's geographical area. The OCE created a profile on Meet24 that featured a modified image of a female law enforcement officer in which the officer appeared to be approximately 14 years old. The profile stated that the female was 44 years old and resided in Maitland, Florida.

8.   At approximately 9:12 p.m., the OCE received a message from a male who was later identified as FIGUEROA. The message read, "Hey (smiley heart emoji)." The OCE replied, "Hello."

9.   FIGUEROA asked, "Hey. Want to come over and let me eat your pussy and put my dick inside you?" The OCE responded, "I'm only 14. Ewwww." FIGUEROA then replied, "Oh...I don't care though." The OCE asked FIGUEROA if he really did not care, and FIGUEROA replied, "Do you care?"

10. FIGUEROA told the OCE that she was pretty and asked the OCE if she wanted to meet up. The OCE told FIGUEROA that she did not know him and that she did not know what they could do. FIGUEROA replied, "Kiss" and continued, "Lol...Eat your pussy." The OCE explained that she had not had oral sex before and asked FIGUEROA if she would get pregnant if he performed oral sex on her. FIGUEROA replied "no" and the OCE asked FIGUEROA if he would tell her parents. FIGUEROA promised not to tell her parents and stated, "It just a tongue in your pussy. Can't get pregnant from saliva (cry face emoji)."

11. FIGUEROA added, "Plus, if I pull out, you can't get pregnant." The OCE asked FIGUEROA, "Are you sure[?]" FIGUEROA responded, "Yes."

12. FIGUEROA asked the OCE if she wanted FIGUEROA to pick her up. The OCE responded, "I guess, You sure you won't tell my parents." The OCE told FIGUEROA that she could only be gone a few hours so her parents would not find out. FIGUEROA responded, "Okay. We"ll be quick and I'll take you back (blushing emoji)."

13. FIGUEROA solidified the plans to meet the OCE and asked the OCE where she lived. The OCE informed FIGUEROA that she lived in a hotel off International Drive in Orlando, Florida. The OCE asked

4

FIGUEROA where he lived and FIGUEROA responded, "Tampa...I can meet you though. What hotel?" The OCE told FIGUEROA what hotel she was staying at and reminded FIGUEROA, "Remember I'm 14! You need to...Take its slow." FIGUEROA responded, "Yes! (laughing face emoji)."

14. The OCE again told FIGUEROA that she was worried about getting pregnant. FIGUEROA responded, "Nah. I'm 34. Still no kids. If a guy pulls out. you can get pregnant."

15. The OCE asked FIGUEROA when he planned to be at the hotel, and FIGUEROA asked the OCE to "[s]end me a picture that you're actually at the hotel. I want to make sure you're being for real." The OCE sent a picture of the hotel phone on the nightstand that had the hotel address on it. FIGUEROA responded with a map of his location and said, "Says I can be there in an hour and 6 minutes."

16. The OCE provided FIGUEROA with a cellular number and asked FIGUEROA to text her when he got close to the hotel. At approximately 11:26 p.m., FIGUEROA stated that he had arrived at the hotel. The OCE directed FIGUEROA to a room on the second floor of the hotel. At approximately 11:36 p.m., FIGUEROA stated he was outside the room door and sent the OCE a picture of the door. FIGUEROA was then placed under arrest and an interview was conducted.

## INTERVIEW OF TULIO FIGUEROA

17. FIGUEROA was advised that he was under arrest. Prior to the recorded interview, FBI Special Agent Rodney Hyre advised FIGUEROA of his Miranda rights.

18. During the interview, FIGUEROA admitted that he had used his Google cellular phone to communicate with a person whom he believed was a 14-year-old female child. FIGUEROA admitted that he had driven from Hillsborough County to Orlando, Florida, to engage in oral and sexual intercourse with the female child that he had been chatting with. FIGUEROA stated that he knew having sexual intercourse with a 14-year-old child was illegal. When asked why he traveled to meet the 14-year-old child for sexual intercourse, FIGUEROA stated that he had not had a girlfriend in a while.

## CONCLUSION

19. I believe there is probable cause that FIGUEROA, using facilities or means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom FIGUEROA believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (i.e. engaging in sexual activity with a person 12 years of age or older but less

than 16 years of age), in violation of Florida Statute § 800.04(4)(a)(1), all in violation of 18 U.S.C. § 2422(b).

_____
Kevin Kaufman, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 12th day of August, 2022.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge